UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES BLAIR,                                    NO. 2:10-cv-0154 FCD JFM

       Plaintiff,

                          **ORDER AND ORDER TO SHOW CAUSE**
    v.                                          **RE SANCTIONS**

ZACHERY LOPETEGUY, et al.,

       Defendants.

----oo0oo----

    1.   The hearing on Defendants' Motion for Summary Judgment (Docket No. 15) is continued to September 2, 2011, at 10:00 a.m. Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than August 19, 2011.  Defendants may file and serve a reply on or before August 26, 2011.

    2.   Plaintiff's counsel is ordered to show cause why he should not each be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

    3.   Plaintiff's counsel shall file his response to the order to show cause on or before August 19, 2011.

///

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: August 8, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2