UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES BLAIR,

        Plaintiff,

  v.

ZACHARY LOPETEGUY, et. al.,

        Defendants.

NO. CIV. S-10-0154 FCD JFM

**ORDER FOR SANCTIONS AND FURTHER ORDER TO SHOW CAUSE**

----oo0oo----

On July 12, 2011, plaintiff's counsel, Mr. Eric Nordskog, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c). The court ordered counsel to file his response to the Order to Show Cause on or before August 19, 2011. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

    1.  Plaintiff's counsel, Mr. Eric Nordskog, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on July 12, 2011.

The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

    2.   Plaintiff's counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiff's case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before September 2, 2011.

    3.   The hearing on defendants' Motion for Summary Judgment (Docket #15) currently set for September 2, 2011 is VACATED and RESET for September 16, 2011 at 10:00 a.m. in Courtroom #2.

    IT IS SO ORDERED.

DATED: August 22, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE